IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSHUA : MAN OF GOD, HOROWITZ FAMILY, and DAVID : MAN OF GOD, HOROWITZ FAMILY,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA (PRINCIPAL), a Public Corporation/Statutory Trust; and STATE OF MONTANA (ALL AGENTS) ALL PUBLIC TRUSTEES/SERVANTS EMPLOYEES of above Corporation,<br><br>Defendants. | CV 17-67-M-DLC-JCL<br><br>ORDER |

Plaintiffs have requested the Clerk of Court to issue numerous subpoenas under authority of Fed. R. Civ. P. 45. Review of the record reflects that Findings and Recommendation were entered on May 31, 2017, recommending that this action be dismissed for lack of jurisdiction. Therefore,

IT IS HEREBY ORDERED that the Clerk of Court shall not issue any further subpoenas pending further order of the Court upon review of the referenced Findings and Recommendation by the presiding judge.

DATED this 13th day of June, 2017

Jeremiah C. Lynch
United States Magistrate Judge