IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSHUA : MAN OF GOD, HOROWITZ FAMILY, and DAVID : MAN OF GOD, HOROWITZ FAMILY,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA (PRINCIPAL), a Public Corporation/Statutory Trust; and STATE OF MONTANA (ALL AGENTS) ALL PUBLIC TRUSTEES/SERVANTS EMPLOYEES of above Corporation,<br><br>Defendants. | CV 17-67-M-DLC-JCL<br><br>ORDER |

Plaintiffs have filed a document entitled "Motion to Remove". As best as can be ascertained from the referenced document, Plaintiffs request the Court to enter an order directing the "Montana Courts" to "remove" to federal court any and all civil and criminal cases that may be pending against Plaintiffs in the court system of Montana. Plaintiffs do not specifically identify any particular case or court.

No procedural mechanism exists in federal law to grant Plaintiffs the relief they request. The procedures available to remove cases pending in a state court to federal court are set forth in Title 28 of the United States Code, sections 1441-

1455. Plaintiffs have not invoked any of those procedures. Therefore, their "Motion to Remove" is properly denied.

IT IS SO ORDERED.

DATED this 21st day of June, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge