UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSHUA : MAN OF GOD, HOROWITZ FAMILY and DAVID : MAN OF GOD, HOROWITZ FAMILY,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX et al,<br><br>Defendants. | Case No. CV-17-067-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

      Dated this 15th day of December, 2017.

                               TYLER P. GILMAN, CLERK

                               By: /s/ A. Puhrmann
                               A. Puhrmann, Deputy Clerk